# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

**Chapter 13 Case #: 14-51054-LRC**

**Re:** JEFFREY LAMAR DAVIS
1606 HATHAWAY PLACE N.W.
KENNESAW, GA  30144

**Attorney:** THE SEMRAD LAW FIRM, LLC
STERLING POINT II
SUITE 201
303 PERIMETER CENTER

## JOINT F.R.B.P 2012 ACCOUNTING

Adam M. Goodman, former Trustee for the period from the petition date through 10/1/2017 and Melissa J. Davey, successor Trustee, for the above case, submit the following accounting of the administration of the estate pursuant to 11 USC 1302(b)(1) and pursuant to F.R.B.P. 2012.

**Receipts: $36,457.81**

Amount paid to the Trustee by or for the Debtor for the benefit of creditors.

## CLAIMS AND DISTRIBUTIONS

| PAYEE NAME | TYPE | CLAIM AMOUNT | PRIN PAID | INT PAID | INT DUE | INT RATE | TOTAL PAID | % TO U/S | BAL OWED* |
|---|---|---|---|---|---|---|---|---|---|
| THE SEMRAD LAW FIRM, LLC | Administrative | $4,355.00 | $4,355.00 | $0.00 | $0.00 | 0.00 | $4,355.00 | 100.00 | $0.00 |
| INTERNAL REVENUE SERVICE | Priority | $4,172.54 | $2,296.56 | $0.00 | $0.00 | 0.00 | $2,296.56 | 100.00 | $1,875.98 |
| AMERICREDIT FINANCIAL SERVIC | Secured | $25,783.00 | $25,783.00 | $2,099.78 | $0.00 | 4.25 | $27,882.78 | 100.00 | $0.00 |
| GWINNETT CLINIC | Unsecured | $174.16 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | $981.94 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| Georgia Department of Revenue | Unsecured | $1,214.27 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| CAPITAL ONE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| PORTFOLIO RECOVERY ASSOCIAT | Unsecured | $674.78 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| CAPITAL ONE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| COMCAST | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| DEKALB GASTROENTROLOGY AS | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| DEKALB MEDICAL | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| ENHANCED RECOVERY CO | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| JC PENNEY | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| GREAT PLAINS LENDING | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| HSBC AUTO FINANCE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| HSBC AUTO FINANCE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| LA FITNESS INTERNATIONAL | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| LA FITNESS INTERNATIONAL | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| MIDLAND FUNDING LLC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| MIDLAND FUNDING LLC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| PORTFOLIO RECOVERY ASSOCIAT | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| QUANTUM3 GROUP LLC | Unsecured | $3,940.17 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| PORTFOLIO RECOVERY ASSOCIAT | Unsecured | $1,288.01 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| STELLAR RECOVERY INC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| TIDEWATER CREDIT SERVICES | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| American InfoSource LP | Unsecured | $1,034.30 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| ADAM GOODMAN, TRUSTEE | Trustee Fee | | | | | | $1,923.47 | | |

**WHEREFORE**, Adam M. Goodman, resigning Trustee, respectfully shows the Court that the estate has been properly administered through the date reflected below in accordance with the requirements of the Bankruptcy Code and Rules, and the estate is ready to be transferred to Melissa J. Davey, successor Trustee.